## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MALCOLM CULMER | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| PRINCE GEORGE'S COUNTY, MD | ) ) | 09-CV-02877 RWT |
| AND | ) ) | |
| OFFICER A. GAMBLE | ) ) | |
| Defendants. | ) | |

## DEFENDANTS' STATUS REPORT

Defendants, Prince George's County, Maryland and Officer Gamble, by and through undersigned counsel, in accordance with the Court's Order dated November 3, 2011 submit this Pre-Trial Status Report.

1. The trial is set for a jury trial. Defendants' anticipate a trial of approximately three days.

2. To date, no settlement negotiations have occurred between Plaintiff and Defendants.

3. Defendants do not intend on filing a dispositive motion as there are disputes of material fact.

4. Defendants do consent to putting this case before a U.S. Magistrate Judge.

5. Defendants request leave of court to file their Rule 26(a) Expert Disclosure based on Plaintiff's 26(a) Expert Disclosure filed February 6, 2012.

Respectfully submitted,

**PRINCE GEORGE'S COUNTY OFFICE OF LAW**


_____/s/_____
Shelley L. Johnson
Bar Number 15853
Associate County Attorney
14741 Gov. Oden Bowie Drive
Suite 5121
Upper Marlboro, Maryland 20772
(301) 952-5225 (voice)
(301) 952-3071 (facsimile)
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on **February 7, 2012**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

James A. DeVita, Esq.
2111 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
Attorney for Plaintiff

_____/S/_____
Shelley L. Johnson